```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                            Case No. 16-02408-RNO
William Irvin Dorsey                                              Chapter 7
Sara Jane Dorsey
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh              Page 1 of 1           Date Rcvd: Dec 15, 2016
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
db/jdb         #+William Irvin Dorsey,    Sara Jane Dorsey,    101 Hayward Heights,    Glen Rock, PA 17327-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
              Dawn Marie Cutaia    on behalf of Debtor William Irvin Dorsey dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Dawn Marie Cutaia    on behalf of Joint Debtor Sara Jane Dorsey dmcutaia@gmail.com,
               cutaialawecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William Irvin Dorsey
101 Hayward Heights
Glen Rock, PA 17327

Sara Jane Dorsey
101 Hayward Heights
Glen Rock, PA 17327

Chapter 7
Case No. 1:16−bk−02408−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−9692
xxx−xx−3818

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Steven M. Carr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 15, 2016

By the Court,

*[signature]*

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk